IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES DICKERSON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4651

_____/

Opinion filed April 3, 2017.

An appeal from the Circuit Court for Duval County.
Mallory D. Cooper, Judge.

Diana L. Johnson of Johnson and Lufrano, P.A., Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, and Tayo Popoola, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR and WINSOR, JJ., and BROWN, JOHN T., ASSOCIATE JUDGE, CONCUR.